UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Respondent/Plaintiff,

V.

                                  Civil Case No. 99-73062
                                Crim. No.      95-80052
                                HON. NANCY G. EDMUNDS

WESLEY ROPER,

    Petitioner/ Defendant.
_____ /

**ORDER DENYING MOTION FOR RELIEF
FROM JUDGMENT [155] AND MOTION TO AMEND [156]**

This matter came before the Court on Petitioner/Defendant's motion for relief from judgment and motion to amend. The Court having read the pleadings, and being fully advised in the premises;

IT IS HEREBY ORDERED that Petitioner/Defendant's motions are DENIED.

    SO ORDERED.

                                s/Nancy G. Edmunds
                                **Nancy G. Edmunds**
                                **United States District Judge**

**Dated: September 6, 2005**

**I hereby certify that a copy of the foregoing document was served upon counsel of record on September 6, 2005, by electronic and/or ordinary mail.**

                                s/Carol A. Hemeyer
                                **Case Manager**